

# NUMBER 13-22-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GEORGE TRAVIS CERVENKA JR.,                                    Appellant,

v.

KAREN MARIE CERVENKA,                                          Appellee.

## On appeal from the 25th District Court
## of Lavaca County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Hinojosa**

This matter is before the Court on appellant's motion to dismiss. Appellant filed a notice of restricted appeal in error and requests that the case be dismissed.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed.

Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing shall be entertained.

LETICIA HINOJOSA
Justice

Delivered and filed on the
28th day of July, 2022.